# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANCES ELIZABETH CLAYBOURN

VERSUS

MARIA FINLEY AND MARIA A.
FINLEY, ATTORNEY AT LAW, LLC

NO.  2025 CW 1287

**MARCH 9, 2026**

---

In Re:    Maria Finley and Maria A. Finley, Attorney at Law, LLC,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 765583.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include a copy of the petition in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, including the item noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 30, 2026, and must contain a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT